2024-2043

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SAHAMITR PRESSURE CONTAINER PLC.,

                               Plaintiff-Appellant,

and

WORLDWIDE DISTRIBUTION, LLLP,

                               Plaintiff,

v.

UNITED STATES,

                               Defendant-Appellee,
and

WORTHINGTON INDUSTRIES,

                               Defendant-Appellee.

Appeal from the United States Court of International Trade in
No. 1:22-cv-00107, Judge M. Miller Baker

## CONSENT MOTION OF DEFENDANT-APPELLEE WORTHINGTON ENTERPRISES, INC. TO AMEND CAPTION

                               PAUL C. ROSENTHAL
                               R. ALAN LUBERDA
                               DAVID C. SMITH, JR.
                               MATTHEW G. PEREIRA
                               KELLEY DRYE & WARREN LLP
                               3050 K Street, N.W., Suite 400
                               Washington, DC  20007
                               (202) 342-8400

                               **Counsel to Defendant-Appellee**

**July 23, 2024**

# CONSENT MOTION OF DEFENDANTS-APPELLEE WORTHINGTON ENTERPRISES, INC.TO AMEND CAPTION
_____

Pursuant to Federal Circuit Rule 27(a), Defendant-Appellee Worthington Enterprises, Inc. respectfully requests that this Court amend the caption in the above referenced civil action to reflect changes in the status of the Defendant-Appellee. Specifically, the Defendant-Appellee requests the following amendment to the caption:

1. Change the name "Worthington Industries" to "Worthington Enterprises, Inc."

The change in this company name and the corporate disclosure information is reflected in the Entry of Appearance, Certificate of Interest, and Notice of Related Case Information, which will be filed separately from and prior to this Consent Motion to Amend the Caption.

All parties have consented to this Motion. On July 16, 2024, counsel for Defendant-Appellee, Matthew G. Pereira, contacted counsel to the other parties to seek consent for this motion. Counsel for the Defendant-Appellee, the United States, Alison S. Vicks, consented to this motion on July 16, 2024. Counsel to Plaintiff-Appellant, Sahamitr Pressure Container Plc., Ron Kendler, also indicated on July 16, 2024, that his client consents to this motion. Counsel to Worldwide Distribution, LLLP, Alexandra H. Salzman, also indicated on July 16, 2024, that her client consents to this motion.

For the foregoing reasons, we respectfully request that this Court grant this Consent Motion and issue an order amending the caption of the subject appeal. A proposed order is attached hereto.

Respectfully submitted,

/s/ Matthew G. Pereira
PAUL C. ROSENTHAL
R. ALAN LUBERDA
DAVID C. SMITH, JR.
MATTHEW G. PEREIRA
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
(202) 342-8400

Counsel for Defendant-Appellee

Dated: July 23, 2024

**2024-2043**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**SAHAMITR PRESSURE CONTAINER PLC.,**

                                    **Plaintiff-Appellant,**

**and**

**WORLDWIDE DISTRIBUTION, LLLP,**

                                    **Plaintiff,**

**v.**

**UNITED STATES,**

                                    **Defendant-Appellee,**

**and**

**WORTHINGTON INDUSTRIES,**

                                    **Defendant-Appellee.**

## **ORDER**

The consent motion to amend the caption submitted by Defendant-Appellee Worthington Enterprises, Inc. is GRANTED. Accordingly, the name "Worthington Industries" is changed to "Worthington Enterprises, Inc."

It is so ordered.

_____                    _____

Dated                                                                               For the Court

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2024-2043

**Short Case Caption** Sahamitr Pressure Container Plc. v. US

**Filing Party/Entity** Defendant-Appellee Worthington Enterprises, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 7/23/2024     Signature: /s/ Matthew G. Pereira

Name: Matthew G. Pereira

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Worthington Enterprises, Inc. | N/A | Worthington Enterprises, Inc. is a public company trading on the NYSE under "WOR" |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐  Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)    ☑ No    ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2024-2043

**Short Case Caption:** Sahamitr Pressure Container Plc. v. US

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

[✔] the filing has been prepared using a proportionally-spaced typeface and includes __227__ words.

[ ] the filing has been prepared using a monospaced typeface and includes _____ lines of text.

[ ] the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 07/23/2024

Signature: /s/ Matthew G. Pereira

Name: Matthew G. Pereira