2024-2043

# IN THE
# United States Court of Appeals for the Federal Circuit

SAHAMITR PRESSURE CONTAINER PLC.,

        Plaintiff-Appellant,

WORLDWIDE DISTRIBUTION, LLLP,

        Plaintiff,

v.

UNITED STATES, WORTHINGTON ENTERPRISES, INC.,

        Defendants-Appellees.

Appeal from the United States Court of International Trade in
No: 1:22-cv-00107-MMB, Judge M. Miller Baker.

**WORLDWIDE RESPONSE TO COURT'S ORDER**

Plaintiff Worldwide Distribution, LLLP hereby responds to the Court' August 15, 2024 Order. Upon further review of the Court's rules, we hereby state that Worldwide no longer seeks to participate in this case as a Plaintiff-Appellant. We hereby withdraw our entry of appearance.

        Respectfully submitted,

        /s/ Gregory S. Menegaz
        Gregory S. Menegaz
        Alexandra H. Salzman
        **DEKIEFFER & HORGAN, PLLC**
        1156 Fifteenth Street, NW Suite 1101
        Washington, DC 20005

(202) 783-6900
*Counsel for Worldwide*

September 16, 2024