NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SAHAMITR PRESSURE CONTAINER PLC.,**
*Plaintiff-Appellant*

**WORLDWIDE DISTRIBUTION, LLLP,**
*Plaintiff*

**v.**

**UNITED STATES, WORTHINGTON ENTERPRISES, INC.,**
*Defendants-Appellees*

———————————

2024-2043

———————————

Appeal from the United States Court of International Trade in No. 1:22-cv-00107-MMB, Judge M. Miller Baker.

———————————

**ON MOTION**

———————————

**O R D E R**

Worldwide Distribution, LLLP states that it "no longer seeks to participate in this case as a Plaintiff-Appellant" and "hereby withdraw[s] [its] entry of appearance," ECF No. 21 at 1, which the court previously construed,

collectively with Worldwide's certificate of interest, as a motion to recaption the appeal to identify Worldwide as appellant.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Worldwide's motion to recaption the appeal is withdrawn.

(2) The stay is lifted, and Sahamitr Pressure Container PLC's opening brief is due no later than 60 days from the date of entry of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 24, 2024
Date