# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 24-2043

**Short Case Caption** Sahamitr Pressure Container Plc. v. US

> **Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

24-2043

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.
☐ Other:

Date: 01/29/2025

Signature: /s/ Jay C. Campbell
Name: Jay C. Campbell
Party Name: Sahamitr Pressure Container P.

Date: 01/29/2025

Signature: /s/ Collin T. Mathias
Name: Collin T. Mathias
Party Name: United States

☑ Additional pages attached

Date: 01/29/2025

Signature: /s/ Matthew G. Pereira

Name: Matthew G. Pereira

Party Name: Worthington Enterprises, Inc.